# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) Case No. 13-254-E-BLW
)
v. ) **REPORT AND**
) **RECOMMENDATION**
ANGELINA NAVA, )
)
    Defendant. )
)

On October 29, 2014, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, her constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed. Further, the undersigned ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant and her counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

The offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt. Therefore, the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. The undersigned concluding that Defendant made a sufficient showing that such exceptional reasons exist, as stated on the record.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1. The District Court accept Defendant's plea of guilty to Count Six (6) of the Superseding Indictment (Docket No. 19).

2. The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts One (1) and Seven (7) and the forfeiture allegations of the Superseding Indictment (Docket No. 19) as to Defendant.

3. The District Court continue Defendant's release subject to the special Conditions of Pretrial Supervision (Docket No. 51).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **October 29, 2014**

Honorable Ronald E. Bush
U. S. Magistrate Judge